No. D–2286. IN RE DISCIPLINE OF MARKS. Martin Eric Marks, of Great Neck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2287. IN RE DISCIPLINE OF BUSHLOW. Theodore William Bushlow, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2288. IN RE DISCIPLINE OF FRIESEN. Michael J. Friesen, of Garden City, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2289. IN RE DISCIPLINE OF TUCKER. James Guy Tucker, Jr., of Little Rock, Ark., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2290. IN RE DISCIPLINE OF GRIDER. Murrey L. Grider, of Pocahontas, Ark., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01–131. GISBRECHT ET AL. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. [Certiorari granted, 534 U. S. 1039.] Motion of the Solicitor General to permit David B. Salmons, Esq., to present oral argument pro hac vice granted.

No. 01–394. CHRISTOPHER, FORMER SECRETARY OF STATE, ET AL. v. HARBURY. C. A. D. C. Cir. [Certiorari granted, 534 U. S. 1064.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.